# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**WILLIAM R. DUNN**                                                                 **PLAINTIFF**

v.                            No. 4:25-cv-719-DPM

**WHITE COUNTY MEDICAL**, White
County Detention Center and
**JACKSONVILLE POLICE
DEPARTMENT**, Police Officers                                         **DEFENDANTS**

## ORDER

**1.** The Court withdraws the reference.

**2.** Dunn hasn't updated his address; his mail is still being returned undeliverable. *Doc. 5-7*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 September 2025