IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

WILLIAM R. DUNN                                                                    PLAINTIFF

v.                              No. 4:25-cv-719-DPM

WHITE COUNTY MEDICAL, White
County Detention Center and
JACKSONVILLE POLICE
DEPARTMENT, Police Officers                                                DEFENDANTS

## JUDGMENT

Dunn's complaint is dismissed without prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 September 2025